The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>THE STATE OF WASHINGTON,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THE CITY OF SEATTLE, WASHINGTON,<br><br>　　　　　　　　　Defendant. | Civil Action No. 2:13-cv-678-JCC<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE OVERLENGTH MOTION TO ENTER FIRST MATERIAL MODIFICATION TO CONSENT DECREE |

1  [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERLENGTH MOTION TO ENTER
2  FIRST MATERIAL MODIFICATION TO CONSENT DECREE

3　　Upon consideration of the Plaintiffs' Unopposed Motion for Leave to File Overlength

4  Motion to Enter First Material Modification to the Consent Decree, it is hereby ORDERED that

5  the motion is GRANTED.

6  //

7  //

8  //

9  //

[PROPOSED] ORDER GRANTING MOTION
TO FILE OVERLENGTH MOTION
Case No. 2:13-cv-678-JCC

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
999 18th St., Suite 600, North Terrace
Denver, CO 80202, 303-844-1365

1   IT IS SO ORDERED this 14th day of May, 2025.

2

3   _____

4   HONORABLE JOHN C. COUGHENOUR
5   UNITED STATES DISTRICT JUDGE

8   Presented by:
9   Katherine L. Matthews
10  Senior Attorney
11  Environmental Enforcement Section
12  Environment and Natural Resources Division
13  United States Department of Justice

15  Dated this 13th day of May, 2025.